# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LORI B. TOSCANO
4845 LINDEN ROAD, APT. 1637
ROCKFORD, IL  61109

SSN-xxx-xx-7684

Case Number: 08-71997

Case filed on: 6/24/2008
Plan Confirmed on: 9/5/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,115.60      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY GARY C FLANDERS | 3,500.00 | 3,500.00 | 650.91 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 650.91 | 0.00 |
| 002 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LORI B. TOSCANO | 0.00 | 0.00 | 240.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 240.00 | 0.00 |
| 001 | AMCORE BANK NA | 19,850.65 | 19,850.60 | 309.95 | 777.14 |
| 020 | BALLY FITNESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | GREAT OAKS APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 19,850.65 | 19,850.60 | 309.95 | 777.14 |
| 001 | AMCORE BANK NA | 0.00 | 0.05 | 0.00 | 0.00 |
| 003 | STERLING KAY JEWELERS DBA KAY JEWELERS | 2,169.32 | 2,169.32 | 0.00 | 0.00 |
| 004 | AMCORE BANK NA | 4,835.47 | 4,835.47 | 0.00 | 0.00 |
| 005 | CAPITAL RECOVERY II | 114.70 | 114.70 | 0.00 | 0.00 |
| 006 | ANGIE TOSCANO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | JEFFERSON CAPITAL SYSTEMS, LLC | 473.54 | 473.54 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 1,812.30 | 1,812.30 | 0.00 | 0.00 |
| 009 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COTTONWOOD FINANCIAL | 743.00 | 743.00 | 0.00 | 0.00 |
| 011 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HSBC BANK N/A | 1,671.31 | 1,671.31 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 573.70 | 573.70 | 0.00 | 0.00 |
| 014 | GE CONSUMER FINANCE | 640.88 | 640.88 | 0.00 | 0.00 |
| 015 | REBECCA JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WELLS FARGO IL | 12,289.26 | 12,289.26 | 0.00 | 0.00 |
| 018 | WELLS FARGO FINANCIAL | 1,390.23 | 1,390.23 | 0.00 | 0.00 |
| 019 | LVNV FUNDING LLC | 421.54 | 421.54 | 0.00 | 0.00 |
|  | Total Unsecured | 27,135.25 | 27,135.30 | 0.00 | 0.00 |
|  | Grand Total: | 50,485.90 | 50,485.90 | 1,200.86 | 777.14 |

Total Paid Claimant:      $1,978.00
Trustee Allowance:        $137.60
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009         By  /s/Heather M. Fagan